No. 80, Misc. MILLER *v.* WILTMER, SUPERINTENDENT. January 28, 1946. The motion for leave to file a petition for a writ of habeas corpus is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 81, Misc. DIOGUARDI *v.* DURNING, COLLECTOR OF CUSTOMS;

No. 82, Misc. SMITH *v.* MAGUIRE, JUSTICE, ET AL.; and

No. 83, Misc. HARDING *v.* LAGUARDIA, MAYOR, ET AL. January 28, 1946. The applications are denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications.

No. 36. JOHN KELLEY CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 47. TALBOT MILLS *v.* COMMISSIONER OF INTERNAL REVENUE. January 28, 1946. Order entered amending opinion.

Opinion reported as amended, 326 U. S. 521.

No. 158. NEW YORK EX REL. RAY *v.* MARTIN, WARDEN. See *ante*, p. 685.

No. 329. COOK, COMMISSIONER, *v.* WILSON ET AL., PARTNERS, DOING BUSINESS AS WILSON LUMBER CO. See *ante*, p. 685.